IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEITH V. OTTO, | § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00948-ALM-CAN |
| v. | § § | |
| COLLIN COLLEGE, | § § § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant Collin College's ("Defendant") Motion for Partial Dismissal Pursuant to Federal Rule of Civil procedure 12(b)(6) [Dkt. 10]. Subsequent to the filing of the Motion for Partial Dismissal, Plaintiff Keith V. Otto filed an amended complaint [Dkt. 29], which is now the live pleading in this matter. As such, Defendant's Motion for Partial Dismissal is moot. Accordingly,

It is therefore **ORDERED** that Defendant Collin College's ("Defendant") Motion for Partial Dismissal Pursuant to Federal Rule of Civil procedure 12(b)(6) [Dkt. 10] is **DENIED AS MOOT** without prejudice to refiling as to the now live pleading.

**IT IS SO ORDERED**.

**SIGNED this 10th day of March, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE