IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEITH V. OTTO, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00948-ALM-CAN |
| v. | § § | |
| COLLIN COLLEGE, | § § | |
| Defendant. | § § | |

## **ORDER**

The Court sets this matter for a telephonic status conference on *Tuesday, May 10, 2022*, at *1:00 p.m.* The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number: 877-336-1839**

**Access Code: 5754049, followed by #**

Participants are directed to call this number no later than 12:55 p.m.

**IT IS SO ORDERED**.

SIGNED this 10th day of March, 2022.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE