# Exhibit B



**Date investigation was opened:** October 20, 2017

**Investigator:** Jaslyn Lue

**Name, title and department of accused:** Marta Frey- Director, SBDC and Alex Plotkin- Advisor, SBDC

**Description of the allegation:** On October 20, 2017, Keith Otto shared concerns he has with supervisor Marta Frey and Co- worker, Alex Plotkin. Mr. Otto stated that he feels his work environment is toxic and he feels he is subjected to harassment from his supervisor and colleague, Mr. Plotkin. Keith stated that on October 13, a meeting was held with his team and administrative assistant, Betsy Colter regarding strategies to increase client hours. Mr. Otto stated that during the meeting, SBDC Advisor, Alex Plotkin, threatened him, used foul and offensive language and invaded his personal space in the process creating a hostile work environment. Keith stated that his supervisor was aware of the situation and failed to do anything about it. Mr. Otto also alleged that his supervisor, gave a false statement of facts to HR to "pacify the situation". Keith Otto alleges that Ms. Frey administers him discipline to prevent Mr. Otto from promoting or getting the opportunity to do other projects. Mr. Otto alleges his performance is being unfairly evaluated by Ms. Frey. Mr. Otto has also alleged that confidential information about his work performance is shared with other colleagues also attributing to a hostile work environment.

**Name, title, department of accuser(s):** Keith Otto, Advisor, SBDC

**Interview timeline (include dates and times of interview, location of interview, names of everyone present).** Interview Notes Attached

The investigation was initiated on October 20, 2017, and concluded on October 25, 2017. The list of witnesses who were interviewed are as follows:
October 20, 2017 - Keith Otto
October 13, 2017 – Darlisa Diltz
October 23, 2017 – Betsy Colter
October 23, 2017 – Alex Plotkin
October 23, 2017 – Stephen Shalosky
October 25, 2017 – Marta Frey

**Findings:**
- Witness interviews support the claim that Mr. Plotkin did used foul and offensive language to Mr. Otto. Per witness interviews, it was stated that he used phrases such as "you're full of Shit", "you're worthless" You're a wasted of people's time"
- Based on witness interviews, it could not be substantiated that there was any concern for safety. It was reported that the accused left the office after the incident. Witness interviews support there have not been any other incidents to date.



- Based on witness interviews, it could not be substantiated that Ms. Frey is favorable of one employee over another, however it was stated by one witness that Ms. Frey tends to be more critical of Keith and tends to be dismissive of Keith's complaints and/or accomplishments.
- Based on witness interviews, it could not be substantiated that information about Keith's performance is shared with other team members. It was reported by one witness that Mr. Plotkin does tend to make a lot references about Keith's performance attributing to Ms. Frey's stress level.
- Based on interview with Marta, it could not be substantiated that she intended to lie when asked by HR if the situations was resolved. It was reported that she did meet with Alex on Monday morning and felt Alex took the appropriate steps needed to resolve the situation.

**Applicable employer policy (or policies):** Core Values, Dignity and Respect

**Recommended actions for Management to take:**
- Disciplinary action for Mr. Plotkin for offensive language that is not consistent with Collin College core values.
- Meeting with regional office on clarification of policies.
- Expectations meeting with Keith to discuss performance deficits.