# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| KEITH V. OTTO, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:21-CV-00948-ALM-CAN |
| v. | § § | |
| COLLIN COLLEGE, | § § | |
| Defendant. | § § | |

## ORDER

The Court has been advised that the Parties have reached a settlement of all matters of controversy in this case [Dkt. 46].  It is therefore **ORDERED** that, on or before *Wednesday, August 17, 2022*, the Parties shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of the Court.  If such papers are not received by the Court by the scheduled deadline, the Court may order the Parties to appear at a hearing for the purpose of determining which party is responsible for the delay.  Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further **ORDERED** that the trial of this case and all remaining pretrial deadlines, conferences, and the final pretrial conference are hereby abated until further order of this Court.

**IT IS SO ORDERED**.

SIGNED this 22nd day of July, 2022.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE