**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KEITH V. OTTO, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00948-ALM- |
| v. | § | CAN |
| | § | |
| COLLIN COLLEGE, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The Court is set to conduct a telephonic status conference in this matter on ***Tuesday, August 2, 2022, at 3:00 p.m.*** [Dkt. 45].  Considering the notification that the Parties have settled this cause [Dkt. 46], the Court hereby cancels the telephonic conference.  Accordingly,

It is therefore **ORDERED** that the telephonic status conference set for ***Tuesday, August 2, 2022, at 3:00 p.m.*** [Dkt. 45] is hereby **CANCELED**.

**IT IS SO ORDERED**.

**SIGNED this 22nd day of July, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE