# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| KEITH V. OTTO | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-00948-ALM-CAN |
| | § | |
| COLLIN COLLEGE, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFFS' STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(l)(A)(ii)

COMES NOW Plaintiff Keith Otto, in the above noted and styled matter and files this, his *Plaintiffs' Unopposed Motion for Dismissal Pursuant To Rule 41(a)(l)(A)(ii)*.

1. Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the parties sign this "Stipulation of Dismissal".

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** the parties in this matter hereby file this Stipulation of Dismissal.

Respectfully submitted,

Martin J. Cirkiel

Martin J. Cirkiel
CIRKIEL LAW GROUP, P.C.
1901 E. Palm Valley Boulevard
Round Rock, Texas 78664

Kim Moore

Kimberly S. Moore
CLARKHILL
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034

| | |
|---|---|
| (512) 244-6658 [Telephone] | (469) 287-3900 [Telephone] |
| (512) 244-6014 [Facsimile] | (469) 287-3999 [Facsimile] |
| marty@cirkielaw.com [Email] | ksmoore@clarkhill.com [Email] |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANT |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been sent to the following parties on this the 26th day of August, 2022, in accordance with the Federal Rules of Civil Procedure and the Court's electronic filing system.

**Ms. Kimberly S. Moore, Esq.**
ksmoore@clarkhill.com
**CLARKHILL**
2600 Dallas Parkway
Suite 600
Frisco, Texas 75034
(469) 287-3900 [Telephone]
(469) 287-3999 [Facsimile]
**ATTORNEY FOR DEFENDANT**

/s/Martin J. Cirkiel
Martin J. Cirkiel