# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **KEITH V. OTTO** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO.  4:21-CV-00948-ALM-** |
| | § | **CAN** |
| | § | |
| **COLLIN COLLEGE,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(l)(A)(ii)

COMES NOW Plaintiff Keith Otto, in the above noted and styled matter and files this,

his *Plaintiffs Stipulation of Dismissal With Prejudice Pursuant To Rule 41(a)(l)(A)(ii).*

1. Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the parties

   sign this "Stipulation of Dismissal with Prejudice"

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** the parties in this matter hereby file this

Stipulation of Dismissal With Prejudice.

Respectfully submitted,

Martin J. Cirkiel                                    Kim Moore

_____                    _____
Martin J. Cirkiel                                    Kimberly S. Moore
CIRKIEL LAW GROUP, P.C.                    CLARKHILL
1901 E. Palm Valley Boulevard              2600 Dallas Parkway, Suite 600
Round Rock, Texas 78664                      Frisco, Texas 75034

(512) 244-6658 [Telephone]                    (469) 287-3900 [Telephone]
(512) 244-6014 [Facsimile]                    (469) 287-3999 [Facsimile]
marty@cirkielaw.com [Email]                   ksmoore@clarkhill.com [Email]

ATTORNEY FOR PLAINTIFFS                        ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been sent to the following parties on this the 26th day of August, 2022, in accordance with the Federal Rules of Civil Procedure and the Court's electronic filing system.


**Ms. Kimberly S. Moore, Esq.**
ksmoore@clarkhill.com
**CLARKHILL**
2600 Dallas Parkway
Suite 600
Frisco, Texas 75034
(469) 287-3900 [Telephone]
(469) 287-3999 [Facsimile]
**ATTORNEY FOR DEFENDANT**

                                              */s/Martin J. Cirkiel*
                                              Martin J. Cirkiel